AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

| | |
|---|---|
| JEREMY REESE, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   2:14-CV-00066-RMP |
| | ) |
| | ) |
| BARACK OBAMA, | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:   the application to proceed in forma pauperis is DENIED and this action is DISMISSED without prejudice to allow
Plaintiff to file it in the appropriate jurisdiction.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision
was reached.

❑ decided by Judge _____ on a motion for

Date:   April 1, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Sheila Parpolia

*(By) Deputy Clerk*

Sheila Parpolia